## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re:  LINDA F. MC DONALD              §         Case No. 14-81555
                                        §
                                        §
          Debtor(s)                     §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the
administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1)  The case was filed on  05/15/2014 .

2)  The plan was confirmed on  07/28/2014 .

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on
    09/04/2015.

4)  The Trustee filed action to remedy default by the debtor(s) in performance under the
    plan on  07/07/2015, 06/24/2016, 09/02/2016.

5)  The case was dismissed on  09/02/2016 .

6)  Number of months from filing or conversion to last payment:  22 .

7)  Number of months case was pending:  30 .

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted:  $4,200.00 .

10) Amount of unsecured claims discharged without full payment:  $0.00 .

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor(s) | $ 2,210.00 |
| Less amount refunded to debtor(s) | $ 25.00 |
| **NET RECEIPTS** | $ 2,185.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,194.90 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 146.62 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,341.52 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 3,800.00 | 3,800.00 | 3,800.00 | 1,194.90 | 0.00 |
| DJ'S AUTO SALES | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Sec | 895.00 | 1,125.01 | 895.00 | 843.48 | 0.00 |
| MIDWEST TITLE LOANS | Uns | 0.00 | 0.00 | 230.01 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 35,392.00 | 1,374.27 | 1,374.27 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 34,550.28 | 34,550.28 | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES | Uns | 78.00 | NA | NA | 0.00 | 0.00 |
| ACE | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Uns | 576.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE CASH EXPRESS | Uns | 675.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE | Uns | 379.10 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Uns | 366.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN CASH N GO | Uns | 1,450.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Uns | 1,117.72 | NA | NA | 0.00 | 0.00 |
| BANKRUPTCY RECEIVABLES | Uns | 239.00 | NA | NA | 0.00 | 0.00 |
| BONDED COLLECTION | Uns | 68.96 | NA | NA | 0.00 | 0.00 |
| CBCS | Uns | 64.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 661.40 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COMMONWEALTH EDISON CO | Uns | 1,330.43 | 1,511.55 | 1,511.55 | 0.00 | 0.00 |
| CREDIT UNION 1 | Uns | 770.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 2,290.00 | NA | NA | 0.00 | 0.00 |
| DENNIS A BREBNER & ASSOCIATES | Uns | 902.28 | NA | NA | 0.00 | 0.00 |
| DR LEONARDS | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Uns | 198.00 | NA | NA | 0.00 | 0.00 |
| FIRST CONSUMER NATIONAL BANK | Uns | 379.10 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 413.05 | 421.27 | 421.27 | 0.00 | 0.00 |
| HINCKLEY SPRINGS | Uns | 140.90 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE AUTO CORRAL | Uns | 4,600.00 | NA | NA | 0.00 | 0.00 |
| LOUIE BAGEANIS | Uns | 795.00 | NA | NA | 0.00 | 0.00 |
| MCI | Uns | 188.21 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 876.00 | NA | NA | 0.00 | 0.00 |
| MIDNIGHT VELVET | Uns | 190.01 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 2,606.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 1,300.00 | 1,063.41 | 1,063.41 | 0.00 | 0.00 |
| RISK MANAGEMENT | Uns | 52.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 224.00 | 909.90 | 909.90 | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEM | Uns | 1,013.65 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 10,816.15 | 7,741.82 | 7,741.82 | 0.00 | 0.00 |
| ROYCE FINANCIAL | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| SFC OF ILLINOIS LP | Uns | 440.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 2,176.01 | NA | NA | 0.00 | 0.00 |
| T-MOBILE BANKRUPTCY & | Uns | 81.00 | NA | NA | 0.00 | 0.00 |
| TAX MASTERS | Uns | 4,012.00 | NA | NA | 0.00 | 0.00 |
| TDS METROCOM | Uns | 64.65 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Uns | 317.79 | NA | NA | 0.00 | 0.00 |
| WEST BEND MUTUAL | Uns | 3,627.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 330.00 | 380.00 | 380.00 | 0.00 | 0.00 |

<u>Summary of Disbursements to Creditors:</u>

| | Claim<br>Allowed | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 895.00 | $ 843.48 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 895.00 | $ 843.48 | $ 0.00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 1,374.27 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 1,374.27 | $ 0.00 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 46,808.24 | $ 0.00 | $ 0.00 |

<u>Disbursements:</u>

| | |
|---|---|
| Expenses of Administration | $ 1,341.52 |
| Disbursements to Creditors | $ 843.48 |
| | |
| **TOTAL DISBURSEMENTS:** | $ 2,185.00 |

12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  <u>11/28/2016</u>                    By:  <u>/s/ Lydia S. Meyer</u>
                                                  Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**